JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL, <br><br> Plaintiff, <br><br> v. <br><br> H&R LLC; and DOES 1 through 10, <br><br> Defendants. | Case No.: 2:21-cv-06250-AB (RAOx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 27, 2021

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.